UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS S. FINTAK, et al.,

    Plaintiffs,

v.                                                 CASE NO: 8:08-cv-2558-T-23TGW

WACHOVIA BANK, N.A.,

    Defendant.
_____/

## **O R D E R**

In September, 2006, Edmund Fintak created an irrevocable trust. The trust agreement appoints as trustees Edmund Fintak and the plaintiffs, Thomas Fintak and John Fintak. On behalf of the trust, Edmund Fintak and the plaintiffs opened two certificates of deposit at World Savings Bank, FSB, ("World Savings Bank"), now subsumed by Wachovia Bank, N.A., ("Wachovia"). The trustees instructed World Savings Bank that the trust (1) was irrevocable and (2) required two of the three trustees to sign any trust transaction. World Savings Bank issued two certificates of deposit, one for $101,752.41 and another for $101,847.35. Despite the trust's requiring two of the three trustees to sign any trust transaction, World Savings Bank allegedly permitted redemption of the certificates of deposit upon the signature of only one trustee, Edmund Fintak. The plaintiffs neither knew, nor authorized, nor approved Edmund Fintak's redemption of the certificates of deposit.

The plaintiffs sue Wachovia for conversion, breach of contract, and negligence. Pursuant to Rule 14, Federal Rules of Civil Procedure, Wachovia impleads (Doc. 78)

Edmund Fintak and his wife Shirley Fintak. Edmund and Shirley Fintak answer (Doc. 95) the third-party complaint and "demand a jury trial on all issues in this action so triable." Pursuant to Rule 39, Federal Rules of Civil Procedure, Edmund and Shirley Fintak move (Doc. 99) "to designate action on docket as jury action." Although the motion states that Wachovia opposes the relief requested, no party responds in opposition to the motion. Accordingly, the motion (Doc. 99) is **GRANTED**, and Clerk is directed to designate this action as a "jury action" on the docket. This jury trial is set for the **July, 2010**, trial term.

ORDERED in Tampa, Florida, on April 20, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Edmund Fintak and his wife Shirley Fintak. Edmund and Shirley Fintak answer (Doc. 95) the third-party complaint and "demand a jury trial on all issues in this action so triable." Pursuant to Rule 39, Federal Rules of Civil Procedure, Edmund and Shirley Fintak move (Doc. 99) "to designate action on docket as jury action." Although the motion states that Wachovia opposes the relief requested, no party responds in opposition to the motion. Accordingly, the motion (Doc. 99) is **GRANTED**, and Clerk is directed to designate this action as a "jury action" on the docket. This jury trial is set for the **July, 2010**, trial term.

ORDERED in Tampa, Florida, on April 20, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE